UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated
persons,

                            Plaintiff,

           -against-

NEWHERE INC.,

                          Defendant.
------------------------------------------------------------ x

<u>ORDER</u>

1:23-cv-00287-ENV-RER

VITALIANO, D.J.

    I am recused.

    So Ordered.

Dated: Brooklyn, New York
          January 23, 2023

                                              /s/ Eric N. Vitaliano
                                              ERIC N. VITALIANO
                                              United States District Judge