UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RASHETA BUNTING, Individually and as the representative of a class of similarly situated persons,

    Plaintiff,

-against-

NEWHERE INC.,

    Defendants.

Case 1:23-cv-00287-CBA-RER

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Defendant, NEWHERE INC. ("Defendant" or "NEWHERE"), and Plaintiff RASHETA BUNTING, ("Plaintiff") (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear her or its own attorneys' fees, costs, and expenses of litigation.

    Respectfully submitted this 9th day of December 2023,

| SPIRE LAW, PLLC<br>2572 W. State Road 426, Suite 2088<br>Oviedo, Florida 32765<br><br>*/s/ Ian E. Smith*<br>Ian E. Smith, Esq.<br>Email: ian@spirelawfirm.com<br><br>Attorney for Defendant NEWHERE INC. | SHAKED LAW GROUP, P.C.<br>14 Harwood Court Suite 415<br>Scarsdale, NY 10583<br><br>*/s/Dan Shaked*<br>Dan Shaked<br>Email: shakedlawgroup@gmail.com<br><br>Attorney for Plaintiff RASHETA BUNTING |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Ian Smith*
Attorney